1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| ENRIQUE SANDOVAL MARTINEZ, | Case No. CV 14-7646-GW (GJS) |
|---|---|
| Petitioner | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| TIM PEREZ, Warden, | |
| Respondent. | |

17     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all

18 pleadings, motions, and other documents filed in this action, the Report and

19 Recommendation of United States Magistrate Judge ("Report"), and Petitioner's

20 Objections to the Report.  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P.

21 72(b), the Court has conducted a de novo review of those portions of the Report to

22 which objections have been stated.

23     The Court accepts the findings and recommendations set forth in the Report.

24 Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; and (2) Judgment

25 shall be entered dismissing this action with prejudice.

26     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

27

28 DATE: June 21, 2016          _____ _George H. Wu_ _____

GEORGE H. WU
UNITED STATES DISTRICT JUDGE