UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE SANDOVAL MARTINEZ,<br><br>　　　　Petitioner<br><br>　　v.<br><br>TIM PEREZ, Warden,<br><br>　　　　Respondent. | Case No. CV 14-7646-GW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: June 21, 2016　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE